IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LILLIE D. BENDER                                                                                         PLAINTIFF

VS.                                                            CIVIL ACTION NO: 1:03cv764WJG-JMR

GULF COAST COMMUNITY ACTION
AGENCY, INC.                                                                                             DEFENDANT

FINAL JUDGMENT

This cause is before the Court on the motion for summary judgment [21-1] filed by the Defendant, Gulf Coast Community Action Agency, Inc., pursuant to Federal Rule of Civil Procedure 56.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant's motion for summary judgment [21-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that this matter be, and is hereby, dismissed.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action.

SO ORDERED AND ADJUDGED this the 28th day of March, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE